UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MIGUEL JOSE GUITRON,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00235-MMD-VPC

ORDER

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Miguel Jose Guitron, a Nevada prisoner. On May 22, 2018, Guitron submitted his habeas petition for filing (ECF No. 1-1). However, Guitron did not pay the $5 filing fee for the action or submit an application for leave to proceed *in forma pauperis.*

Guitron will be granted time to either pay the filing fee or file an application to proceed *in forma pauperis*.

If Guitron wishes to pay the filing fee, he must have $5 sent to the Clerk of the Court, with a cover letter setting forth the case number of this action.

If Guitron fails to pay the filing fee or file an *in forma pauperis* application within the time allowed, this action will be dismissed.

It is therefore ordered that Petitioner will have forty-five (45) days from the date of this Order to either pay the $5 filing fee for this action, or file a fully completed application to proceed *in forma pauperis*, including the required financial certificate.

///

It is further ordered that the Clerk of the Court will send to Petitioner, along with a copy of this Order, two form *in forma pauperis* applications.

DATED THIS 24th day of May 2018.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE