UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MIGUEL JOSE GUITRON,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00235-MMD-CBC

ORDER

In this habeas corpus action, the Court appointed counsel for Petitioner, Nevada prisoner Miguel Jose Guitron. (*See* Order entered July 11, 2018 (ECF No. 6).) Now with counsel, Guitron is to file an amended habeas petition by November 5, 2018. (*See* Order entered August 6, 2018 (ECF No. 10).)

On September 12, 2018, Guitron, acting on his own behalf, filed a letter to the Clerk of the Court, in which he requested a copy of his habeas petition, copies of all motions filed by his counsel, and "any and all doket [sic] time that I may have." (*See* Letter to Clerk (ECF No. 12).)

The Court will deny Guitron's request. "A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6. Under this local rule, Guitron must communicate with the Court through his counsel. If Guitron needs documents or information regarding his case, he should contact his counsel regarding his need.

1	It is therefore ordered that Petitioner's request for documents (ECF No. 12) is
2	denied.
3	It is further ordered that the Clerk of the Court is directed to send a copy of this
4	order to Petitioner, at the following address: Miguel Jose Guitron, Inmate No. 1109549,
5	Lovelock Correctional Center, 1200 Prison Rd., Lovelock, NV 89419.
6	DATED THIS 14th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE