UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MIGUEL JOSE GUITRON,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00235-MMD-CBC

ORDER

In this habeas corpus action, after a 77-day extension of time, Petitioner Miguel Jose Guitron, represented by appointed counsel, was due to file an amended habeas petition by January 21, 2019. (*See* Order entered August 6, 2018 (ECF No. 10); Order entered November 5, 2018 (ECF No. 15).)

On January 18, 2019, Guitron filed a motion for an extension of time (ECF No. 17), requesting a further 30-day extension of time, to February 20, 2019. Petitioner's counsel states that the second extension of time is necessary because of his obligations in other cases and because of time away from his work. The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

The Court will grant this extension of time, as requested. However, given the amount of time that appointed counsel will have had, since their first appearance, to file this amended petition—more than six months—the court will not look favorably upon any motion to further extend this deadline.

1    It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 17) is granted. Petitioner will have until February 20, 2019, to file an amended petition for writ of habeas corpus.

It is further ordered that in all other respects the schedule for further proceedings set forth in the order entered August 6, 2018 (ECF No. 10) will remain in effect.

DATED THIS 18th day of January 2019.

                                      MIRANDA M. DU
                                      UNITED STATES DISTRICT JUDGE