1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                 * * *

9   MIGUEL JOSE GUITRON,              Case No. 3:18-cv-00235-MMD-CBC

10                      Petitioner,            ORDER

11         v.

12  RENEE BAKER, *et al.*,

13                     Respondents.

14         In this habeas corpus action, Petitioner Miguel Jose Guitron, represented by

15  appointed counsel, filed an amended habeas petition on February 20, 2019 (ECF No. 19).

16  Respondents were then due to respond to the amended petition by April 22, 2019. (*See*

17  Order entered August 6, 2018 (ECF No. 10).)

18         On April 18, 2019, Respondents filed a motion for an extension of time (ECF No.

19  21), requesting a 30-day extension of time, to May 22, 2019, for their response.

20  Respondents' counsel states that the extension of time is necessary because he was only

21  recently assigned to the case—the Court notes that Respondents filed a notice of change

22  of attorney on April 17, 2019 (ECF No. 20). Petitioner does not oppose the extension of

23  time. The Court finds that Respondents' motion for extension of time is made in good faith

24  and not solely for the purpose of delay, and that there is good cause for the extension of

25  time.

26         It is therefore ordered that Respondents' Motion for Extension of Time (ECF No.

27  21) is granted. Respondents will have until May 22, 2019, to file a response to the

28  amended petition for writ of habeas corpus.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered August 6, 2018 (ECF No. 10) will remain in effect.

DATED THIS 19th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE