UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MIGUEL JOSE GUITRON,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00235-MMD-CBC

ORDER GRANTING MOTION FOR EXTENSION OF TIME
(ECF No. 28)

In this habeas corpus action, Respondents filed a motion to dismiss on May 14, 2019 (ECF No. 23), and Petitioner Miguel Jose Guitron, represented by counsel, filed an opposition to that motion on July 12, 2019 (ECF No. 27). Respondents' reply to the opposition to the motion to dismiss is due on August 12, 2019. (*See* Order entered August 6, 2018 (ECF No. 10) (30 days for reply).)

On July 17, 2019, Respondents filed a motion for an extension of time (ECF No. 28), requesting an extension of time to August 19, 2019, for the reply in support of their motion to dismiss—a seven-day extension. Respondents' counsel states that the extension of time is necessary because he needs time to obtain materials that may support the motion. Petitioner does not oppose the extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Extension of Time (ECF No. 28) is granted. Respondents will have until August 19, 2019, to file a reply in support of their motion to dismiss.

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered August 6, 2018 (ECF No. 10) will remain in effect.

DATED THIS 19th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE