UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MIGUEL JOSE GUITRON,

                      Petitioner,

    v.

RENEE BAKER, *et al.*,

                    Respondents.

Case No. 3:18-cv-00235-MMD-CLB

ORDER

In this habeas corpus action, Respondents are due to file an answer by January 23, 2020. (ECF No. 31.) On January 22, 2020, Respondents filed an unopposed motion for extension of time (ECF No. 32) requesting a 32-day extension of time to February 24, 2020 to file their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause granting the motion.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 32) is granted. Respondents will have until and including February 24, 2020 to file their answer.

///

///

///

1    It is furthered ordered that, in all other respects, the schedule for further

2  proceedings set forth in the order entered August 6, 2018 (ECF No. 10) will remain in

3  effect.

4

5    DATED THIS 22nd day of January 2020.

6

7    _____

     MIRANDA M. DU

8    CHIEF UNITED STATES DISTRICT JUDGE