|                                | |                                      |
|--------------------------------|-|--------------------------------------|
| UNITED STATES DISTRICT COURT   | | |
| DISTRICT OF NEVADA             | | |
| * * *                          | | |
| MIGUEL JOSE GUITRON,           | | Case No. 3:18-cv-00235-MMD-CLB       |
| Petitioner,                    | | ORDER                                |
| v.                             | | |
| RENEE BAKER, *et al.*,         | | |
| Respondents.                   | | |

In this habeas corpus action, Respondents filed an answer (ECF No. 34) on February 20, 2020. Under the scheduling order in the case (ECF No. 10), Petitioner, Miguel Jose Guitron, was then to file a reply by April 6, 2020.

On March 17, 2020, Petitioner filed an Unopposed Motion for Extension of Time (ECF No. 39), requesting a 60-day extension of time, to June 5, 2020, to file his reply. Petitioner's counsel states that the extension of time is necessary because of his recent assignment to the case, the complexity of the case, and his obligations in other cases. This would be the first extension of this deadline. Respondents do not oppose the motion for extension of time.

The Court finds that Petitioner's Unopposed Motion for Extension of Time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 39) is granted. Petitioner will have until and including June 5, 2020, to file his reply to Respondents' answer.

///

1 | It is further ordered that, in all other respects, the schedule for further proceedings
2 | set forth in the order entered August 6, 2018 (ECF No. 10) will remain in effect.
3 | DATED THIS 18th day of March 2020.

_____
MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE